# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **JOHN OLIVER FRANCOIS #1584305** | **CASE NO.  2:25-CV-01822 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **GARY STITCH GUILLORY ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], together with Plaintiff John Oliver Francois' ("Plaintiff") written objections thereto filed with this Court [Doc. No. 10], and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims filed by Plaintiff are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted: (1) his claims against Sheriff Gary "Stitch" Guillory, Commander/Assistant Warden Christopher Domingue, Major/Assistant Warden F. Carlton, and Captain R. Pilate; (2) his state-created danger claim against Sergeant Jang; (3) his claims of failure to intervene against Sergeant Jang, Deputy Lemeiux, Deputy Hanks, and Deputy Stith; and (4) his claim that Lieutenant Fontenot denied his grievance.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend/Supplement Complaint [Doc. No. 10] is **DENIED** for reiterating the same arguments present in

his Complaint [Doc. No. 1]. Federal Rule of Civil Procedure 15 permits the court to "freely give leave when justice so requires" for Petitioner to amend his complaint. *See* Fed. R. Civ. P. 15(a)(2). "Only upon the movant's demonstration of good cause to modify the scheduling order will the more liberal standard of Rule 15(a) apply to the district court's decision to grant or deny leave." *S&W Enterprises, L.L.C. v. SouthTrust Bank of Ala., NA*, 315 F.3d 533, 536 (5th Cir. 2003). Plaintiff's Motion merely reiterates and slightly expands his prior claims with no pertinent facts that were not already before the Court when the Report and Recommendation was issued. While Plaintiff mentions for the first time that he has protective custody status, he doesn't provide any evidence of the status such as when the status was assigned to him or the requirements of the status.[1] The Court concludes that the proposed amendments fail to demonstrate "good cause" to amend and do not cure the issues identified by the Magistrate Judge in the Report and Recommendation. *Id.*

MONROE, LOUISIANA, this 28th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

---

[1] [Doc. No. 10, p. 2].